## 22738.   ROACH v. THE STATE.

MACINTYRE, J.   This case is controlled by the decision of this court in *Millican* v. *State*, ante, 218.

*Judgment affirmed.   Broyles, C. J., and Hooper, J., concur.*

DECIDED DECEMBER 24, 1932.

*M. B. Eubanks*, for plaintiff in error.

*M. Neil Andrews, solicitor-general, Horace D. Shattuck*, contra.

## 22772.   BRITT v. THE STATE.

MACINTYRE, J.   Under the conflicting evidence in this case, the trial judge did not err in revoking the defendant's parole and ordering that he serve the remainder of his sentence for a violation of the prohibition law.

*Judgment affirmed.   Broyles, C. J., and Hooper, J., concur.*

DECIDED DECEMBER 24, 1932.

*J. K. Whaley*, for plaintiff in error.

*M. H. Boyer, solicitor-general*, contra.